HOLDINGS IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUSSELL v. UNITED STATES*, AND THIS COURT'S OPINION IN *UNITED STATES v. FOSLER*, 70 M.J. 225 (C.A.A.F. 2011).

The decision of the United States Army Court of Criminal Appeals is vacated. The record of trial is returned to the Judge Advocate General of the Army for remand to that court for consideration of the granted issue in light of *United States v. Fosler*, 70 M.J. 225 (C.A.A.F. 2011). [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

EFFRON, Chief Judge (dissenting): I dissent for the reasons stated in my dissenting opinion in *Fosler*. *United States v. Fosler*, 70 M.J. 225, 233–40 (C.A.A.F. 2011).

BAKER, Judge (dissenting): I dissent for the reasons stated in my dissenting opinion in *Fosler*. *United States v. Fosler*, 70 M.J. 225, 240–47 (C.A.A.F. 2011).

No. 11–0640/AR. U.S. v. Robert L. McCullough. CCA 20090206. [See also APPEALS—SUMMARY DISPOSITIONS this date.]

No. 11–0671/AR. U.S. v. John E. Hatley. CCA 20090329. Appellant's second motion to extend time to file the supplement to the petition for grant of review granted *up to and including October 12, 2011, and absent extraordinary circumstances, no further extension of time will be granted in this case*.

No. 12–0064/MC. U.S. v. Andrew L. Birdwell. CCA 201100229. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 19, 2011.

